**(Official Form 1) (9/97)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois-Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Harris, Timothy D. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Harris, Pamela K. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>XXX-XX-0943 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>XXX-XX-9818 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1556 Timberwood Court<br>Sycamore, IL 60178 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1556 Timberwood Court<br>Sycamore, IL 60178 |
| County of Residence or of the<br>Principal Place of Business:  DeKalb | County of Residence or of the<br>Principal Place of Business:  DeKalb |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Timothy D. Harris & Pamela K. Harris | **FORM B1, Page 2** |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner of Affilite of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Timothy D. Harris_
Signature of Debtor

X _Pamela K. Harris_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_2/20/04_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _Richard H. Schmack_
Signature of Attorney for Debtor(s)
RICHARD H. SCHMACK  3127667
Printed Name of Attorney for Debtor(s)
Schmack & Petruchius
Firm Name
584 West State Street
Address
Sycamore, IL 60178

(815) 895-2074 Fax: (815) 899-3847
Telephone Number
_2/20/04_
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Schmack_ 2/20/04
Signature of Attorney for Debtor(s)   Date

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6-Cont.
(6/90)

# United States Bankruptcy Court

## Northern District of Illinois-Western Division

In re   Timothy D. Harris, & Pamela K. Harris, his wife.                      ,      Case No. _____
_____
Debtor                                                                              (if known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 80,000.00 | | |
| B - Personal Property | YES | 5 | $ 169,688.10 | | |
| C - Property Claimed as Exempt | YES | 3 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 40,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 400.00 | |
| F - Creditors Holding Unsecured NonPriority Claims | YES | 6 | | $ 50,812.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,753.37 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,009.22 |
| Total Number of Sheets in ALL Schedules ▶ | | 22 | | | |
| Total Assets ▶ | | | $ 249,688.10 | | |
| Total Liabilities ▶ | | | | $ 91,212.73 | |

FORM B6A
(10/89)

In re ___Timothy D. Harris, & Pamela K.___
___Harris, his wife._____ ,    Case No. _____
                        Debtor                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claim in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead Real Estate Location: 1556 Timberwood Ct. Sycamore, IL 60178 | Fee simple | J | 80,000.00 | 40,000.00 |

Total ▶   $   80,000.00

(Report also on Summary of Schedules.)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmeck

FORM B6B
(10/89)

In re  Timothy D. Harris, & Pamela K. Harris, his wife.
_____ ,
Debtor

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None" If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled, "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | U. S. Currency<br>Location: Debtor's Residence | J | 33.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>#4256434<br>Location: National City<br>P.O.Box 8043<br>Royal Oak, MI 48068-8043 | J | 470.00 |
| | | Checking Account<br>#8057416<br>Location: National City<br>P.O.Box 8043<br>Royal Oak, MI 48068-8043 | W | 850.00 |
| | | Checking Account<br># 0621698<br>Location: National City<br>P.O.Box 8043<br>Royal Oak, MI 48068-8043 | H | 500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

FORM B6B - Cont.
(10/89)

Timothy D. Harris, & Pamela K.
In re    Harris, his wife.                                    Case No.
_____ ,                    _____
              Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | couch, chair, end table, lamp, 3 tvs, 2 vcrs, cd player, dvd player, speakers, amplifier, computer, 2 beds, 2 dressers, dining room table & 4 chairs, cookware, dinnerware, linens, small kitchen appliances, refrigerator, stove, dishwasher, microwave Locati | J | 2,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 50 books, 1 print, 2 sculptures, 100 cds, 25 dvds, 10 vhs Location: Debtor's Residence | J | 260.00 |
| 6.  Wearing apparel. | | Miscellaneous Clothing Location: Debtor's Residence | J | 400.00 |
| 7.  Furs and jewelry. | | Wedding Rings, Jewelry Location: Debtor's Residence | J | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | 1 fishing pole, tennis racket, stairmaster, camera Location: Debtor's Residence | J | 60.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6B - Cont.
(10/89)

In re    Timothy D. Harris, & Pamela K.
         Harris, his wife.                          ,        Case No. _____
                         Debtor                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA<br>Location: State Employees Retirement System<br>P.O.Box 19255<br>Springfield, IL 62794 | H | 38,907.31 |
| | | IRA<br>Location: Teachers' Retirement System of IL<br>P.O.Box 19253<br>Springfield, IL 62794 | W | 124,307.79 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

FORM B6B - Cont.
(10/89)

In re    Timothy D. Harris, & Pamela K.
         Harris, his wife.                        ,        Case No. _____
                    Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1984 Cadillac DeVille Location: Debtor's Residence | J | 300.00 |
| 24. Boats, motors, and accessories. | | 1988 Cadillac DeVille Location: Debtor's Residence | J | 300.00 |
| | | 1991 Toyota Celica Location: Debtor's Residence | J | 1,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6B -
Cont.
(10/89)

In re    Timothy D. Harris, & Pamela K.
Harris, his wife.
_____,          _____
          Debtor                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | | School administration materials, textbooks, reference books Location: Debtor's Residence | W | 100.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____  continuation sheets attached          Total ► $ 169,688.10

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schneck

FORM B6C
(6/90)

In re    Timothy D. Harris, & Pamela K.
Harris, his wife.
_____ ,    Case No. _____
Debtor                                                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):    Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Homestead Real Estate | Husband 735 ILCS 5/12-901 | 7,500.00 | 80,000.00 |
| | Wife 735 ILCS 5/12-901 | 7,500.00 | |
| Checking Account #4256434 | Husband 735 ILCS 5/12-1001(b) | 235.00 | 470.00 |
| | Wife 735 ILCS 5/12-1001(b) | 235.00 | |
| Checking Account #8057416 | Wife 735 ILCS 5/12-1001(b) | 850.00 | 850.00 |
| Checking Account # 0621698 | Husband 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| U. S. Currency | Husband 735 ILCS 5/12-1001(b) | 16.50 | 33.00 |
| | Wife 735 ILCS 5/12-1001(b) | 16.50 | |
| 50 books, 1 print, 2 sculptures, 100 cds, 25 dvds, 10 vhs | Husband 735 ILCS 5/12-1001(b) | 130.00 | 260.00 |
| | Wife 735 ILCS 5/12-1001(b) | 130.00 | |

**FORM B6C- Cont.**
**(6/90)**

In re  Timothy D. Harris, & Pamela K. Harris, his wife.
_____ ,    Case No. _____
Debtor                                                    (If known)

# SCHEDULE C - CONTINUATION PAGE

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Miscellaneous Clothing | Husband<br>735 ILCS 5/12-1001(a)<br>Wife<br>735 ILCS 5/12-1001(a) | 200.00<br><br>200.00 | 400.00 |
| 1 fishing pole, tennis racket, stairmaster, camera | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 30.00<br><br>30.00 | 60.00 |
| IRA | Husband<br>735 ILCS 5/12-1006<br>Wife | 38,907.31<br><br>0.00 | 38,907.31 |
| IRA | Wife<br>735 ILCS 5/12-1006 | 124,307.79 | 124,307.79 |
| 1988 Cadillac DeVille | Husband<br>735 ILCS 5/12-1001(c) | 300.00 | 300.00 |
| 1991 Toyota Celica | Wife<br>735 ILCS 5/12-1001(c) | 1,000.00 | 1,000.00 |
| School administration materials, textbooks, reference books | Wife<br>735 ILCS 5/12-1001(d) | 100.00 | 100.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6C- Cont.
(6/90)

In re    Timothy D. Harris, & Pamela K.
         Harris, his wife.
_____ ,    Case No. _____
              **Debtor**                                  **(If known)**

## SCHEDULE C - CONTINUATION PAGE

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wedding Rings, Jewelry | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 100.00<br><br>100.00 | 200.00 |
| couch, chair, end table, lamp, 3 tvs, 2 vcrs, cd player, dvd player, speakers, amplifier, computer, 2 beds, 2 dressers, dining room table & 4 chairs, cookware, dinnerware, linens, small kitchen appliances, refrigerator, stove, dishwasher, microwave | Husband<br>735 ILCS 5/12-1001(b)<br>Wife<br>735 ILCS 5/12-1001(b) | 988.50<br><br>638.50 | 2,000.00 |

FORM B6D
(6/90)

In re  Timothy D. Harris, & Pamela K. Harris, his wife. _____,    Case No. _____

Debtor                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 19888499 <br><br> Washington Mutual <br> P.O.Box 47530 <br> San Antonio, TX <br> 78265-7530 | | J | Date incurred: Unknown <br> Nature of Lien: First Mortgage <br> Description: Homestead Real Estate <br><br> Value $   80,000.00 | | | | $40,000.00 | |
| ACCOUNT NO. | | | <br><br><br> Value $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> Value $ | | | | | |
| ACCOUNT NO. | | | <br><br><br> Value $ | | | | | |

____0____ continuation sheets attached

Subtotal ▶ | $ 40,000.00
(Total of this page)

Total ▶ | $ 40,000.00
(Use only on last page)

(Report total also on Summary of Schedules)

B6E
(Rev. 12/94)

In re   Timothy D. Harris, & Pamela K.
Harris, his wife.

_____,
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A Complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Subtotal" on each sheet. Report the total of all claims on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain Farmers and fisherman**

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Spousal or child support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmuck

FORM B6E-Cont.
(10/89)

In re  Timothy D. Harris, & Pamela K. Harris, his wife.
_____ ,    Case No. _____
Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes, Debts to Govts.
_____
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br><br>I. R. S.<br>P. O. Box 745<br>District Director<br>Chicago, IL 60690 | | J | Date incurred: 2002<br><br>Consideration: 2002<br>Income Tax Debt | | | | $400.00 | $400.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶  $  400.00
(Total of this page)

Total ▶  $  400.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy ® 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**FORM B6F (Official Form 6F) (9/97)**

In re  Timothy D. Harris, & Pamela K.
Harris, his wife.
_____ ,   Case No. _____
Debtor                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00-6320-329-1 <br> Carson Pirie Scott <br> P.O. Box 17633 <br> Baltimore, MD 21297-1633 | | J | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $2,664.02 |
| ACCOUNT NO. 4128003154499910 <br> Citibank <br> P.O.Box 6000 <br> The Lakes, NV <br> 891631-6000 | | J | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $7,687.50 |
| ACCOUNT NO. 532-207-105-0 <br> Citibank - BP/Amoco <br> P.O. Box 769004 <br> San Antonio, TX <br> 78245-9004 | | J | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $641.14 |
| ACCOUNT NO. 03 SC 899 <br> Citibank USA <br> c/o Blatt, Hasenmiller, <br> et al <br> 211 Landmark Dr, Ste. E5 <br> Normal, IL 61761 | | J | Date incurred: Unknown <br> Consideration: Credit Card Debt | | | | $2,062.76 |

_____5_____ continuation sheets attached

Subtotal ► $   13,055.42

Total ► $

(Report total also on Summary of Schedules)

MacBankruptcy © 1991-97, New Hope Software

**FORM B6F-Cont. (Official Form 6F) (9/97)**

In re Timothy D. Harris, & Pamela K. Harris, his wife., Case No.
_____
Debtor                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 744-9392<br>DuPage Credit Union<br>P.O.Box 3930<br>Naperville, IL<br>60567-3930 | | J | Date incurred: Unknown<br>Consideration: Unsecured Loan | | | | $3,878.00 |
| ACCOUNT NO. 4656207960148435<br>DuPage Credit Union Visa<br>P.O.Box 30495<br>Tampa, FL 33630 | | J | Date incurred: Unknown<br>Consideration: Credit Card Debt | | | | $6,728.47 |
| ACCOUNT NO.<br>Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374 | | | Date incurred: Unknown<br>Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO.<br>Experian<br>P.O.Box 2104<br>Allen, TX 75013-2104 | | | Date incurred: Unknown<br>Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO. 4417121536445250<br>First USA Bank, N.A.<br>P.O. Box 8650<br>Wilmington, DE<br>19899-8650 | | J | Date incurred: Unknown<br>Consideration: Credit Card Debt | | | | $9,703.64 |

Sheet no. 1 of 5 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 20,310.11
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**FORM B6F-Cont. (Official Form 6F) (9/97)**

In re _____ ,   Case No. _____
       Timothy D. Harris, & Pamela
       K. Harris, his wife.
                 Debtor                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7001163001994664<br><br>Household Credit Services<br>PO Box 88000<br>Baltimore, MD 21288-0001 | | J | Date incurred: Unknown<br>Consideration: Credit Card Debt | | | | $1,773.99 |
| ACCOUNT NO.<br><br>Illinois Dept of Revenue<br>Bankruptcy Section<br>100 W. Randolph St.<br>Level 7-425<br>Chicago, IL 60506 | | | Date incurred: Unknown<br>Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO. 112-687-621-61<br><br>JCPenney Credit Services<br>Customer Service C/O<br>MCCBG<br>P.O. Box 981131<br>El Paso, TX 79998-1131 | | J | Date incurred: Unknown<br>Consideration: Credit Card Debt | | | | $462.29 |
| ACCOUNT NO. HARTISHE-NE<br><br>Kramer & Frank, PC<br>9300 Dielman Ind. Drive<br>Suite 100<br>St. Louis, MO 63132-2205 | | J | Date incurred: 2003<br>Consideration: Attorneys for Sherman Acquistion | | | | Notice Only |
| ACCOUNT NO. 74992166005396<br><br>MBNA America<br>P.O.Box 15027<br>Wilmington, DE 19850-5027 | | J | Date incurred: Unknown<br>Consideration: Credit Card Debt | | | | $11,255.15 |

Sheet no. 2 of 5 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 13,491.43
(Total of this page)

Total ► $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

FORM B6F-Cont. (Official Form 6F) (9/97)

In re   Timothy D. Harris, & Pamela
K. Harris, his wife.
_____ ,    Case No. _____
Debtor                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4417121536445250<br>National Action Financial Services P.O. Box 9027 Williamsville, NY 14231-9027 | | J | Date incurred: Unknown Consideration: Collection Agent for Bank One f/k/a First USA | | | | Notice Only |
| ACCOUNT NO. 20DO39<br>NCO Financial Systems P.O. Box 41417 Dept. 99 Philadelphia, PA 19101 | | J | Date incurred: Unknown Consideration: Collection Agent for Citbank - BP/Amoco | | | | Notice Only |
| ACCOUNT NO. 1191-69-363<br>Nordstrom Bank P.O. Box 79134 Phoenix, AZ 85062-9134 | | J | Date incurred: Unknown Consideration: Credit Card Debt | | | | $390.46 |
| ACCOUNT NO. HART1000<br>Northern IL Rehab P.O. Box 468 DeKalb, IL 60115 | | J | Date incurred: Unknown Consideration: Medical Care | | | | $782.00 |
| ACCOUNT NO. 01-73396-36768-7<br>Sears P.O. Box 188017 Columbus, OH 44181-8017 | | J | Date incurred: Unknown Consideration: Credit Card Debt | | | | $619.02 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 1,791.48
(Total of this page)

Total ► $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**FORM B6F-Cont. (Official Form 6F) (9/97)**

In re Timothy D. Harris, & Pamela K. Harris, his wife. , Case No.

_____ _____
Debtor                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Secretary of State Financial Responsibility Section 2701 S. Dirksen Pkwy. Springfield, IL 62723 | | | Date incurred: Unknown Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO. 19888499 <br> Shapiro & Kreisman 4201 Lake Cook Road Northbrook, IL 60062 | | J | Date incurred: 2003 Consideration: Attorneys For Mortgage Electronic Registration Systems / Washington Mutual | | | | Notice Only |
| ACCOUNT NO. 7001163001994664 <br> Sherman Acquisition c/o Alegis Group, LP 15 South Main Street, Ste. 600 Greenville, SC 29601 | | J | Date incurred: Unknown Consideration: Collection Agent for Household Finance | | | | Notice Only |
| ACCOUNT NO. 3849352 <br> Stanley C. Kottemann & Assoc. P.O.Box 640787 Kenne, LA 70064-0787 | | J | Date incurred: 2003 Consideration: Collection Agent for Carson, Pirie, Scott & Co. | | | | Notice Only |
| ACCOUNT NO. 343-1364789 <br> The Cash Store 266 East Roosevelt Road Lombard, IL 60148 | | J | Date incurred: Unknown Consideration: Payday loan | | | | $2,164.29 |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► (Total of this page) | $ 2,164.29

Total ► (Use only on last page of the completed Schedule F) | $

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

**FORM B6F-Cont. (Official Form 6F) (9/97)**

In re _____Timothy D. Harris, & Pamela K. Harris, his wife._____ , 
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TransUnion P.O.Box 1000 Chester, PA 19016-1000 | | | Date incurred: Unknown Consideration: Unknown | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► (Total of this page) $ 0.00

Total ► (Use only on last page of the completed Schedule F) $ 50,812.73

(Report total also on Summary of Schedules)

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6G
(10/89)

In re  Timothy D. Harris, & Pamela K. Harris, his wife.
_____ ,
Debtor

Case No. _____
(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will  not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Schaumburg Toyota<br>875 West Golf Road<br>Schaumburg, IL 60194 | Unexpired lease of 2002 Toyota Solara automobile |

FORM B6H
(6/90)

In re  Timothy D. Harris, & Pamela K. Harris, his wife.
_____  ,
Debtor

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(6/90)

In re    Timothy D. Harris, & Pamela K. Harris, his wife.    ,    Case No. _____
_____    _____
Debtor    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES    Ashanti Harris | AGE 19 years | RELATIONSHIP Daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Youth Supervisor | Teacher |
| Name of Employer | IL Department of Corrections | Glenbard East High School |
| How long employed | 26 years | 6 years |
| Address of Employer | 4450 Lincoln Highway St. Charles, IL | 1014 South Main Street Lombard, IL |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Income: (Estimate of average monthly income) | | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 1,851.59 | $ 7,465.61 |
| Estimated monthly overtime | | $ - 0 - | $ - 0 - |
| SUBTOTAL | | $ 1,851.59 | $ 7,465.61 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 340.91 | $ 1,237.44 |
| b. Insurance | | $ 131.61 | $ 55.98 |
| c. Union dues | | $ 20.59 | $ 68.35 |
| d. Other (specify: Retirement ) | | $ 37.03 | $ 671.90 |
| Retirement | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 530.14 | $ 2,033.69 |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,321.45 | $ 5,431.92 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ - 0 - | $ - 0 - |
| Income from real property | | $ - 0 - | $ - 0 - |
| Interest and dividends | | $ - 0 - | $ - 0 - |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ - 0 - | $ - 0 - |
| Social security or other government assistance (Specify) _____ | | $ - 0 - | $ - 0 - |
| Pension or retirement income | | $ - 0 - | $ - 0 - |
| Other monthly income | | $ _____ | $ _____ |
| (Specify) _____ | | $ - 0 - | $ - 0 - |
| _____ | | $ - 0 - | $ - 0 - |
| TOTAL MONTHLY INCOME | | $ 1,321.45 | $ 5,431.92 |

TOTAL COMBINED MONTHLY INCOME    $ _____6,753.37_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

FORM B6J
(6/90)

In re  Timothy D. Harris, & Pamela K. Harris, his wife. _____ ,   Case No. _____
         Debtor                                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 770.00 |
| Are real estate taxes included?  Yes ✓  No ____ | |
| Is Property insurance included?  Yes ____  No ✓ | |
| Utilities Electricity and heating fuel | $ 305.00 |
|     Water and sewer | $ 112.00 |
|     Telephone | $ 220.00 |
|     Other  Cable & Internet Service | $ 155.00 |
| Home maintenance (repairs and upkeep) | $ 125.00 |
| Food | $ 700.00 |
| Clothing | $ 350.00 |
| Laundry and dry cleaning | $ 285.00 |
| Medical and dental expenses | $ 125.00 |
| Transportation (not including car payments) | $ 600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 175.00 |
| Charitable contributions | $ 300.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 88.00 |
|     Life | $ 83.00 |
|     Health | $ - 0 - |
|     Auto | $ 137.00 |
|     Other | $ - 0 - |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ - 0 - |
| Installment payments:  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 657.22 |
|     Other | $ - 0 - |
|     Other | $ - 0 - |
| Alimony, maintenance, and support paid to others | $ - 0 - |
| Payments for support of additional dependents not living at your home | $ - 0 - |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ - 0 - |
| Other  Storage (50); Condo Assn (122); College (550); Haircuts (100) | $ 822.00 |

TOTAL MONTHLY EXPENSES  (Report also on Summary of Schedules)   $ 6,009.22

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 6,753.37 |
| B. Total projected monthly expenses | $ 6,009.22 |
| C. Excess income (A minus B) | $ 744.15 |
| D. Total amount to be paid into plan each _____ | $ 0.00 |
|  (interval) | |

FORM B6 - Cont.
(6/90)

Timothy D. Harris, & Pamela K.
Harris, his wife.

In re _____ ,         Case No. _____
            Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____23_____ sheets,
(Total shown on summary page plus 1)
and that they are true and correct to the best of my knowledge, information and belief.

Date ___2/20/04___          Signature _Timothy D. Harris_
                                     TIMOTHY D. HARRIS            Debtor

Date ___2/20/04___          Signature _Pamela K. Harris_
                                     PAMELA K. HARRIS       (Joint Debtor, if any)

[If joint case, both spouses must sign]

*Penalty for making a false statement or concealing property:*    Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation,
and that I have provided the debtor with a copy of this document..

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.

X _____                 _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment*
*or both.  11 U.S.C. §110; 18 U.S.C. §156.*

FORM 7
(Rev. 12/94)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

In re   Timothy D. Harris, & Pamela K.
_____Harris, his wife._____ ,          Case No. _____
                    (Name)                                                    (if known)
                        Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21.   **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."**   If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

None **1. Income from employment or operation of business**

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the   **two years**   immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| Debtor, Yr to date: | $2,700.00 | State of Illinois, Comptroller, Springfield |
| Debtor, 2003: | $19,510.35 | State of Illinois, Comptroller, Springfield |
| Debtor, 2002: | $50,815.98 | State of Illinois, Comptroller, Springfield |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

| | | |
|---|---|---|
| Spouse, Yr to date: | $15,000.00 | Glenbard Twp. HS Dist. #87, Glen Ellyn, IL |
| Spouse, 2003: | $77,065.23 | Glenbard Twp. HS Dist. #87, Glen Ellyn, IL |
| Spouse, 2002: | $78,577.69 | Glenbard Twp. HS Dist. #87, Glen Ellyn, IL |

---

None **2. Income other than from employment or operation of business**



State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

---

None **3. Payments to creditors**



**a.** List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

**b.** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None **4. Suits and administrative proceedings, executions, garnishments and attachments**

☐ **a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

This document prepared with MacBankruptcy © 1991 97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to; Richard H. Schmack

| Citibank v. Timothy Harris #03 SC 899 | Small Claims Action | DeKalb County Circuit Court | Judgment entered for $2,062.76 |

---

**None**    **b.**   Describe all property that has been attached, garnished or seized under any legal or equitable process within
☐   **one year**   immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Citibank c/o Blatt, Hasenmiller, et al 2 N. LaSalle St, Ste. 900, Chicago, iL 60602 | 2/25/04 | ~~$2,116.89~~ *wage deduction, pending* |

---

**None**    **5. Repossessions, foreclosures and returns**
☒

     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within   **one year**   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OR REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**None**    **6. Assignments and receiverships**
☒

   **a.**   Describe any assignment of property for the benefit of creditors made within   **120 days**   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition Is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

**None**    **b.**   List all property which has been in the hands of a custodian, receiver, or court-appointed official within   **one year**   immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

This document prepared with MacBankruptcy © 1991-97, New Hope Software. PO Box 1306, Mercer Island, WA 98040. under license to: Richard H. Schmack

None **7. Gifts**

☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| New Hope Missionary Baptist 1201 Twombly Road DeKalb, IL 60115 | Debtors' Church | Monthly | 1,000.00 |
| Zion Temple MB 7010 S. Union Avenue Chicago, IL 60621 | Debtors' Church | Weekly | 3,600.00 |

None **8. Losses**

☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| $2,000.00 | Gambling Losses at casino boat | Various Dates |

None **9. Payments related to debt counseling or bankruptcy**

☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard H. Schmack Schmack & Petruchius 584 West State Street Sycamore, IL 60178 | 10/03/02 | $50.00 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

| | | |
|---|---|---|
| CDS Operations, Inc.<br>3410 Midcourt Road<br>Suite 108<br>Carrollton, TX 75006 | 11/7/03 | $565.61 |
| Debt Free<br>P.O.Box 22052<br>Tempe, AZ 8528 | Monthly 8/02-10/03 | $5,185.00 in monthly<br>installments of $305.<br>each |
| Richard H. Schmack<br>Schmack & Petruchius<br>584 West State Street<br>Sycamore, IL 60178 | 12/03/03 | $445.00 |

---

None   **10. Other transfers**

☒   **a.**   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within   **one year**   immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

---

None   **11. Closed financial accounts**

☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within   **one year**   immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF INSTITUTION | TYPE AND NUMBER<br>OF ACCOUNT AND<br>AMOUNT OF FINAL BALANCE | AMOUNT AND<br>DATE OF SALE<br>OR CLOSING |
|---|---|---|
| National City<br>P.O. Box 8043<br>Royal Oak, MI<br>48068-8043 | Checking Account<br>#754827995<br>Final Balance:<br>282.64 | 11/20/03 |

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

None **12. Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

None **13. Setoffs**



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

None **14. Property held for another person**

☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Schaumburg Toyota 875 West Golf Road Schaumburg, IL 60194 | Unexpired lease of 2002 Toyota Solara: approximate value of $25,000.00 | Debtor's Residence |

None **15. Prior address of debtor**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

16. Spouses and Former Spouses

None
☒
If the debtor resides in a community property state, commonwealth
or territory(including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the six-year period immediately preceding the
commencement of the case identify the name of the debtor's spouse
and of any former spouse who resides or resided with the debtor
in the community property state.

NAME

17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or
regulation regulating pollution, contamination, releases of hazardous or
toxic substances, wastes or material into the air, land, soil, surface
water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of those substances,
wastes, or material.

"Site" means any location, facility, or property as defined under any
Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste,
hazardous substance, toxic substance, hazardous material, pollutant, or
contaminant or similar term under an Environmental Law.

None
☒
a.   List the name and address of every site for which the
debtor has received notice in writing by a governmental unit that
is may be liable or potentially liable under or in violation of
an Environmental Law.  Indicate the governmental unit, the date
of the notice, and, if known, the Environmental Law.

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
☒
b.   List the name and address of every site for which the
debtor provided notice to a governmental unit of a release of
Hazardous Material.  Indicate the governmental unit to which the
notice was sent and the date of the notice.

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
☒
c.   List all judicial or administrative proceedings, including
settlements or orders, under any Environmental Law with respect to
which the debtor is or was a party.  Indicate the name and
address of the governmental unit that is or was a party to the
proceeding, and the docket number.

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR<br>DISPOSITION |
| --- | --- | --- |

Page 7 of 8

**Questions 16-21 are NOT APPLICABLE and therefore not included on this Statement of Affairs**

\*        \*        \*        \*        \*        \*

*[If completed by an individual or individual and spouse]*

    I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __2/20/04__     Signature of Debtor _____
                                            TIMOTHY D. HARRIS

Date __2/20/04__     Signature of Joint Debtor _____
               (if any)       PAMELA K. HARRIS

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document..

_____       _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____       _____
Signature of Bankruptcy Petition Preparer       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.*

This document prepared with MacBankruptcy © 1991-97, New Hope Software, PO Box 1306, Mercer Island, WA 98040, under license to: Richard H. Schmack

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS-WESTERN DIVISION

In re Timothy D. Harris, & Pamela K. Harris, his wife.
_____,
                        Debtor

Case No. _____

Chapter _____Chapter 13_____

## DISCLOSURE OF COMPENSATION - Rule 2016(b)

RICHARD H. SCHMACK of SCHMACK & PETRUCHIUS pursuant to Bankruptcy Rule 2016(b) and 11 U.S.C. §329(a), states as follows:

1. During the one-year period prior to the filing of this case, the above-named debtor has paid to SCHMACK & PETRUCHIUS the sum of $495.00 and promised an additional $1,500.00 for services rendered and costs incurred in contemplation of and in connection with this case, and as a retainer which includes a filing fee of $194.00.

2. SCHMACK & PETRUCHIUS has not shared or agreed to share such compensation with any other person except as among its members.

DATED: 2/20/04

_____
RICHARD H. SCHMACK 3127667, a member of
SCHMACK & PETRUCHIUS
Attorneys for Debtor

Richard H. Schmack
Schmack & Petruchius
584 West State Street
Sycamore, IL 60178
(815) 895-2074
Fax: (815) 899-3847

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
Timothy D. Harris, and              )
                                    )
Pamela K. Harris, his wife,         )
                    Debtors.        )      04 B _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____27_____

The above-named Debtors hereby verify that the list is true and correct to the best of our knowledge.

Dated: _2/20/04_

_Timothy D. Harris_
Timothy D. Harris, Debtor

_Pamela K. Harris_
Pamela K. Harris, Joint Debtor

Richard H. Schmack
Attorney Registration No.3127667
Schmack & Petruchius
Attorneys At Law
584 West State Street
Sycamore, IL 60178
Voice:  815•895•2074
Facsimile:  815•899•3847