# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   TIMOTHY D. HARRIS & PAMELA K. HARRIS           Case Number: 04-70887
         1556 TIMBERWOOD COURT            SSN-xxx-xx-0943 & xxx-xx-9818
         SYCAMORE, IL  60178

Case filed on:    2/20/2004
Plan Confirmed on: 5/28/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $73,827.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | SCHMACK & PETRUCHIUS | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 11,450.34 | 11,053.53 | 11,053.53 | 0.00 |
| 030 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 11,450.34 | 11,053.53 | 11,053.53 | 0.00 |
| 999 | TIMOTHY D. HARRIS | 0.00 | 0.00 | 2,149.99 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,149.99 | 0.00 |
| 001 | WASHINGTON MUTUAL BANK | 5,878.63 | 5,878.63 | 5,878.63 | 0.00 |
|  | Total Secured | 5,878.63 | 5,878.63 | 5,878.63 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 396.81 | 396.81 | 0.00 |
| 003 | SMC | 2,505.46 | 2,505.46 | 2,505.46 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 7,834.84 | 7,834.84 | 7,834.84 | 0.00 |
| 005 | CITIBANK - BP/AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DUPAGE CREDIT UNION | 3,775.45 | 3,775.45 | 3,775.45 | 0.00 |
| 008 | DUPAGE CREDIT UNION | 7,122.07 | 7,122.07 | 7,122.07 | 0.00 |
| 009 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 9,703.64 | 9,703.64 | 9,703.64 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 1,686.84 | 1,686.84 | 1,686.84 | 0.00 |
| 013 | ILLINOIS DEPT. OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JC PENNEY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KRAMER & FRANK PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 11,457.40 | 11,457.40 | 11,457.40 | 0.00 |
| 017 | NATIONAL ACTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NORDSTROM FSB | 374.72 | 374.72 | 374.72 | 0.00 |
| 020 | NORTHERN IL REHABILATION & SPORTS MED | 707.00 | 707.00 | 707.00 | 0.00 |
| 021 | SHERMAN ACQUISITION DBA | 738.06 | 738.06 | 738.06 | 0.00 |
| 022 | SECRETARY OF STATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SHERMAN ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | STANLEY C. KOTTEMANN & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | THE CASH STORE | 2,164.29 | 2,164.29 | 2,164.29 | 0.00 |
| 027 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SCHAUMBURG TOYOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITORS RESOURCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 48,069.77 | 48,466.58 | 48,466.58 | 0.00 |
|  | Grand Total: | 66,898.74 | 66,898.74 | 69,048.73 | 0.00 |

Total Paid Claimant:       $69,048.73
Trustee Allowance:         $4,778.27         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00           discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008              By  /s/Heather M. Fagan